

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2018

No. 04-16-00630-CR & 04-16-00631-CR

Cody Lon **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B-07-057 & B-15-631
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant Cody Lon Smith has filed a motion to disqualify and recuse all seven members of this court from further participation in these appeals. In ruling on both the motion to disqualify and for recusal, the justices of the court followed the procedure set forth in Texas Rule of Appellate Procedure 16.3(b).[1]

Before any further proceeding in these appeals, each of the seven challenged justices considered the motion in chambers. Each of them found no ground to disqualify or recuse herself and certified the matter to the entire court. The court then decided the motion with respect to each justice by a vote of the remaining justices sitting en banc. The challenged justice did not sit with the remainder of the court to consider the motion as to her.

As to each of the seven challenged justices who certified the issue of her disqualification and recusal to the entire court, a majority of the remaining justices voted to deny the motion to disqualify and for recusal of the justice under consideration.

The Defendant's Motion for Recusal and to Disqualify the Fourth Court of Appeals is therefore DENIED.

---

[1] The appellate rules do not specify a procedure for deciding a motion for disqualification, and the court has determined to follow the procedure for motions to recuse found in Rule 16.3(b). *See* TEX. R. APP. P. 16.1, 16.3.

It is so **ORDERED** on August 3, 2018.

**PER CURIAM**

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court

